LOCAL 2663, COUNCIL 4, AFSCME, AFL-CIO *v.* STATE BOARD OF LABOR RELATIONS ET AL.
(AC 18192)

Lavery, Landau and Schaller, Js.

Argued April 19—officially released May 4, 1999

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* JULIO CUEVAS
(AC 17749)

Schaller, Hennessy and Dupont, Js.

Argued April 20—officially released May 4, 1999

Per Curiam. The judgment is affirmed.

PETER A. RHODES *v.* WALTER C. SYKES III
(AC 18251)

Foti, Landau and Hennessy, Js.

Argued April 22—officially released May 4, 1999

Per Curiam. The judgment is affirmed.